FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 14 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 14-415 JP |
| vs. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): |
| | ) Possession with Intent to Distribute a Mixture |
| PHILIP MADDALENI, | ) and Substance Containing Methamphetamine. |
| Defendant. | ) |

# INFORMATION

The United States Attorney charges:

On or about January 29, 2014, in Bernalillo County, in the District of New Mexico, the defendant, **PHILIP MADDALENI,** unlawfully, knowingly and intentionally possessed with intent to distribute a mixture and substance containing methamphetamine.

In violation 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

DAMON P. MARTINEZ
United States Attorney

_____
WILLIAM J. PFLUGRATH
Assistant United States Attorney
P. O. BOX 607
Albuquerque, NM  87102
(505) 346-7274