AO 455 (Rev. 5/85) Waiver of Indictment

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 14 2014
MATTHEW J. DYKMAN
CLERK

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA
V.

Phillip Maddelini

## WAIVER OF INDICTMENT

CASE NUMBER: CR 14-0415 JR

I, Phillip Maddelini, the above named defendant, who is accused of

Possession w/ Intent to Distribute Controlled Substance, 21 USC 841(b)(1)(B)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/14/2014 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer