| | | | | | | |
|---|---|---|---|---|---|---|
| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO **SENTENCING MINUTE SHEET** | | | | | |
| CR No. | 14-415 JP | | USA vs. | Maddaleni | | |
| Date: | 1/29/15 | | Name of Deft: | Philip Maddaleni | | |
| | Before the Honorable | James A. Parker | | | | |
| Time In/Out: | **11:55am/12:04pm** | | | Total Time in Court (for | 9 minutes | |
| Clerk: | **D. MacDonald** | | | Court Reporter: | J. De La Rosa | |
| AUSA: | **Joel Meyers** | | | Defendant's Counsel: | John Robbenhaar | |
| Sentencing in: | **Albuquerque** | | | Interpreter: | n/a | |

| Convicted on: | x | Plea | | Verdict | | As to: | x | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|---|
| If Plea: | x | Accepted | | Not Accepted | | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | x | Accepted | | Not Accepted | | No Plea Agreement | | Comments: | | |
| Date of Plea/Verdict: | 10/14/14 | | | | | PSR: | x | Not Disputed | | Disputed |
| PSR: | x | Court Adopts PSR Findings | | | | Evidentiary Hearing: | x | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **SENTENCE IMPOSED** | | Imprisonment (BOP): 60 months | | | |
| Supervised Release: | 4 years | | Probation: | | x | 500-Hour Drug Program |

| | **SPECIAL CONDITIONS OF SUPERVISION** | | |
|---|---|---|---|
| x | Part in/success complete subst abuse program/testing | | |
| x | Part in/success complete mental health program | | |
| x | Refrain from use/possession of alcohol/intoxicants | | |
| x | Submit to search of person/property | | |
| x | No contact with co-Deft(s) | | |
| x | Refrain from use/possession of synthetic cannabinoids | | |
| | OTHER: | | |

| Fine: | $ | **-0-** | | | Restitution: $ | **-0-** | | |
|---|---|---|---|---|---|---|---|---|
| SPA: | $ | 100 | ($100 as to each Count) | | Payment Schedule: | x | Due Imm. | Waived |
| OTHER: | | | | | | | | |

| | Advised of Right to Appeal | x | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| x | Held in Custody | | Voluntary Surrender |
| x | Recommended place(s) of incarceration: | | FMC or FCI near Chicago, IL, and capable of treating Defendant's medical condition |